**RICK A. YARNALL**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**701 BRIDGER AVENUE SUITE 820**
**LAS VEGAS, NEVADA 89101**
**(702) 853-4500**

RECEIVED & FILED

Oct 29  1 37 PM '10

U.S. BA... ...Y COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | ) | BK-S-09-18260-BAM |
| SOUVANNAVONG, CHONG | ) | Chapter 13 |
| SOUVANNAVONG, LATH | ) | |
| | ) | **NOTICE OF UNCLAIMED FUNDS** |
| | ) | |

TO:   Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| **Claim#** | **Claimant & Address** | **CAS 106000** | **CAS613300** |
|---|---|---|---|
| ATTY | CHONG & LATH SOUVANNAVONG<br>ATTN: DAVID KRIEGER<br>1020 GARCES AVE., STE 100<br>LAS VEGAS, NV 89101 | | $2772.00 |
| | Totals | | $2772.00 |

Date: 10 29 2010        RICK A. YARNALL, TRUSTEE
                        Rick A. Yarnall
                        Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

Reason: Attorney filed a Motion for Application for Compensation. Was Granted. No Order on file. Sent to Unclaimed Funds.

# 198425    $2772. —